## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GENNARO MARZOCCO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**KUNVERSION, LLC** and JOHN DOES 1-25<br><br>Defendants. | Civil Case No.: 15-3708<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW SUBSTITUTED SERVICE AND TO RESET DEADLINES FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**THIS MATTER** having been opened to the Court by counsel for Plaintiff Gennaro Marzocco ("Plaintiff") on a Motion to Allow Substituted Service and to Reset Deadlines for Plaintiff's First Motion for Class Certification; the Court having reviewed the motion; and for good cause shown,

**IT IS** on this ___ day of _____

**ORDERED** that Plaintiff's Motion is **GRANTED** and Plaintiff shall serve the complaint, summons, and motion for class certification and its related and supporting documents via certified mail addressed to Justin Tracy at 1127 Auraria Parkway, #504B, Denver, Colorado 80202, and to PO Box 810, Pine, Colorado 80470; and it is further

**ORDERED** that Plaintiff shall file the delivery confirmations, which will constitute proof of service for the aforementioned documents; and it is further

**ORDERED** that Plaintiff's First Motion to Certify Class is reset to the July 20, 2015 motion date, and all deadlines are adjusted accordingly.

_____
Joseph H. Rodriguez
United States District Judge